IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **JOSHUA NEIL HARRELL,** | Case No. 2:20-cv-00060 JAM GGH (HC) |
| Petitioner, | [PROPOSED] ORDER |
| v. | |
| **RICK HILL, Warden,** | |
| Respondent. | |

GOOD CAUSE APPEARING, it is hereby ordered that Exhibits 2, 7A-7B, and 10 in support of the answer be lodged under seal. Either party may move to unseal the documents in the future. See White v. Ryan, No. CV 08-8139-PCT-GMS, 2010 WL 1931250, *1 (D. Ariz. May 11, 2010).

Dated: May 14, 2020

/s/ Gregory G. Hollows
UNITED STATES MAGISTRATE JUDGE