UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSHUA NEIL HARRELL,<br><br>　　　　　Petitioner,<br><br>　　v.<br><br>RICK HILL, Warden,<br><br>　　　　　Respondent. | No. 2:20-cv-0060 JAM GGH P<br><br><br><br>ORDER |

　　　　Petitioner has requested the appointment of counsel. ECF No. 24. There currently exists no absolute right to appointment of counsel in habeas proceedings. See Nevius v. Sumner, 105 F.3d 453, 460 (9th Cir. 1996). However, 18 U.S.C. § 3006A authorizes the appointment of counsel at any stage of the case "if the interests of justice so require." See Rule 8(c), Fed. R. Governing § 2254 Cases. In the present case, the court does not find that the interests of justice would be served by the appointment of counsel at the present time.

　　　　In addition, petitioner has requested an extension of time to file a traverse. ECF No. 25. Petitioner's request will be granted.

　　　　Accordingly, IT IS HEREBY ORDERED that:

　　　　1. Petitioner's request for appointment of counsel (ECF No. 24) is denied without prejudice to a renewal of the motion at a later stage of the proceedings;

　　　　2. Petitioner's request for an extension of time (ECF No. 25) is granted; and

3. Petitioner shall file a traverse within thirty days from the date of this order.

Dated: June 16, 2020

/s/ Gregory G. Hollows<br>UNITED STATES MAGISTRATE JUDGE