UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSHUA NEIL HARRELL,<br><br>Petitioner,<br><br>v.<br><br>RICK HILL, Warden,<br><br>Respondent. | No.  2:20-cv-00060 JAM GGH P<br><br><br><br>ORDER |

Petitioner has filed a request for reconsideration of the magistrate judge's order filed July 7, 2020 denying petitioner's motion for appointment of counsel. ECF No. 28. Pursuant to E.D. Local Rule 303(f), a magistrate judge's orders shall be upheld unless "clearly erroneous or contrary to law." As the ruling was not clearly erroneous or contrary to law reconsideration is not warranted. Accordingly, the motion for reconsideration is denied.

DATED:  August 24, 2020

/s/ John A. Mendez_____ _____

UNITED STATES DISTRICT COURT JUDGE

1