1

2

3

4

5

6

7

8                          UNITED STATES DISTRICT COURT

9                    FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11    JOSHUA NEIL HARRELL,                    No.  2:20-cv-00060 JAM GGH P

12              Petitioner,

13         v.                                 ORDER

14    RICK HILL, Warden,

15              Respondent.

16

17         Petitioner has requested an extension of time to file objections to the February 4, 2021,

18    findings and recommendations. ECF No. 38.

19         Good cause appearing, IT IS HEREBY ORDERED that:

20         1.  Petitioner's request for an extension of time (ECF No. 38) is granted; and

21         2.  Petitioner shall file objections to the findings and recommendations on or before March

22    31, 2021.

23    Dated: March 12,2021

24                                          /s/ Gregory G. Hollows
                                      UNITED STATES MAGISTRATE JUDGE

25

26

27

28