UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSHUA NEIL HARRELL,<br><br>Petitioner,<br><br>v.<br><br>RICK HILL, Warden,<br><br>Respondent. | No. 2:20-cv-00060 JAM GGH P<br><br><br><br>ORDER |

Petitioner, a state prisoner proceeding pro se, has filed this application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On February 4, 2021, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within twenty-one days. ECF No. 36. Petitioner has filed objections to the findings and recommendations. ECF No. 41.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this court has conducted a <u>de novo</u> review of this case. Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and by proper analysis.

/////

1

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed February 4, 2021, are adopted in full; and

2. The habeas petition is denied on its merits and is dismissed; and

3. The court declines to issue the certificate of appealability referenced in 28 U.S.C. § 2253.

DATED: April 30, 2021

/s/ John A. Mendez
THE HONORABLE JOHN A. MENDEZ
UNITED STATES DISTRICT COURT JUDGE